UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARILYN SYBALSKI and PAUL SYBALSKI,
individually and as legal guardians of the person
and property of PAUL SYBALSKI, II,

                       Plaintiffs,

    -against-

INDEPENDENT GROUP HOME LIVING
PROGRAM, INC., WALTER STOCKTON,
LISA LOMBARDI, WILLIAM HERRICK,
THOMAS TRAKOVAL and CHANELLE
SPRUILL,

                       Defendants.
-------------------------------------------------------X

JUDGMENT
06-CV- 4899 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 3 0 2007 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 24, 2007, granting defendants' motion to dismiss plaintiffs' federal claims; declining to exercise supplemental jurisdiction over the remaining state-law claims; and dismissing the complaint; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion to dismiss plaintiffs' federal claims is granted; that the Court declines to exercise supplemental jurisdiction over the remaining state-law claims; and that the compliant is dismissed.

Dated: Brooklyn, New York
       April 27, 2007

                                                        s/Robert C. Heinemann
                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court